# TIFFANY & BOSCO
## P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08145

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jeff Francis Arnoldy and Elaine Arnoldy<br>Debtors.<br><br>Bank of America, NA<br><br>　　　　Movant,<br>　　vs.<br><br>Jeff Francis Arnoldy and Elaine Arnoldy, Debtors;<br>S. William Manera, Trustee.<br><br>　　　　Respondents. | No. 2:09-BK-28698-GBN<br><br>Chapter 7<br><br>CERTIFICATE OF SERVICE<br>AND<br>NO OBJECTION |

STATE OF ARIZONA　　）
　　　　　　　　　　） ss.
County of Maricopa　　）

　　I, Mark S. Bosco, under oath, depose and say:

That on April 6, 2010, I caused to be mailed a copy of the Notice of Filing Motion for Relief from Stay and Requirement to File, along with a copy of Motion for Relief from the Automatic Stay, and a copy of a proposed Order Lifting Stay, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following interested parties:

Jeff Francis Arnoldy and Elaine Arnoldy
11398 S Hopi Dr
Goodyear, AZ 85338
Debtors

J. Murray Zeigler
1351 N. Criss St.
Chandler, AZ 85226
Attorney for Debtors

S. William Manera
P.O. Box 44350
Phoenix, AZ 85064-4350
Trustee

Adam B. Nach
2025 N. 3rd Street, Suite 157
Phoenix, AZ 85004

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

and no objection to relief has been received by the affiant

TIFFANY & BOSCO, P.A.

BY [signature]
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016

SUBSCRIBED AND SWORN to before me this 25th day of May, 2010.

[signature]
Notary Public

OFFICIAL SEAL
JULIE A. PURVIS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 26, 2013

Copy of the foregoing was
mailed this 25th day of May, 2010.

Jeff Francis Arnoldy and Elaine Arnoldy
11398 S Hopi Dr
Goodyear, AZ 85338
Debtors

J. Murray Zeigler
1351 N. Criss St.
Chandler, AZ 85226
Attorney for Debtors

S. William Manera
P.O. Box 44350
Phoenix, AZ 85064-4350
Trustee

Adam B. Nach
2025 N. 3rd Street, Suite 157
Phoenix, AZ 85004

U.S. Trustee
230 North 1st Avenue
Phoenix, AZ 85003-1706

By: Julie Purvis