**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-08145

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Jeff Francis Arnoldy and Elaine Arnoldy<br><br><br>Debtors. | No. 2:09-BK-28698-GBN<br><br>Chapter 7<br><br>NOTICE OF LODGING ORDER |

Bank of America, NA, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 25th day of May, 2010.

                                          Respectfully submitted,

                                          TIFFANY & BOSCO, P.A.

                                          BY  /s/ MSB # 010167
                                                Mark S. Bosco
                                                Leonard J. McDonald
                                                Attorneys for Movant

Copy of the foregoing was
mailed this 25th day of May, 2010

Jeff Francis Arnoldy and Elaine Arnoldy
11398 S Hopi Dr
Goodyear, AZ  85338
Debtors

J. Murray Zeigler
1351 N. Criss St.
Chandler, AZ  85226
Attorney for Debtors

S. William Manera
P.O. Box 44350
Phoenix, AZ  85064-4350
Trustee

Adam B. Nach
2025 N. 3rd Street, Suite 157
Phoenix, AZ  85004

U.S. Trustee
230 North 1st Avenue
Phoenix, AZ 85003-1706

By:  Julie Purvis

# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-08145

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Jeff Francis Arnoldy and Elaine Arnoldy<br>    Debtors.<br><br>Bank of America, NA<br>    Movant,<br>  vs.<br><br>Jeff Francis Arnoldy and Elaine Arnoldy, Debtors,<br>S. William Manera, Trustee.<br><br>    Respondents. | No. 2:09-BK-28698-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #27) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated June 29, 2006 and recorded in the office of the Maricopa County Recorder wherein Bank of America, NA is the current beneficiary and Jeff Francis Arnoldy and Elaine Arnoldy have an interest in, further described as:

> Lot 65, ESTRELLA PARCEL 56A, according to Book 419 of Maps, page 42 and Affidavit recorded in Document No. 96-0656052, records of Maricopa County, Arizona.
>
> EXCEPT all oil and gas reserved unto the State of Arizona by patent recorded in Document No. 84483397.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.